UNITED STATES of America, Plaintiff–Appellee,

v.

**Young Michael TARRING, Defendant–Appellant.**

No. 02–10479.

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 10, 2003.*

Decided Nov. 20, 2003.

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Thomas J. Brady, AUSA, U.S. Attorney's Office, Honolulu, HI, for Plaintiff–Appellee.

Arthur E. Ross, Esq., Honolulu, HI, for Defendant–Appellant.

Before: KOZINSKI, SILVERMAN, and TALLMAN, Circuit Judges.

MEMORANDUM **

Young Michael Tarring appeals the revocation of supervised release and imposition of a 6-month term of imprisonment, following his admitted violations of special conditions set forth in his original sentence for conspiracy to possess with intent to distribute cocaine in violation of 21 U.S.C. §§ 841(a) and 846.

Counsel for Tarring has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and a motion to withdraw as counsel of record. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief. Counsel's motion to withdraw is **GRANTED** and the district court's judgment is **AFFIRMED**.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).